UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GILDA INDUSTRIES, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-1648 (RMC) |
| **UNITED STATES CUSTOMS & BORDER PROTECTION BUREAU,** | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the Cross-Motion for Summary Judgment filed by Defendant United States Customs & Border Protection Bureau [Dkt. # 14] is **GRANTED**, and the Motion for Summary Judgment filed by Plaintiff Gilda Industries, Inc. [Dkt. # 12], is **DENIED**.

**IT IS FURTHER ORDERED** that this case is dismissed from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a)

**SO ORDERED**.

Date: October 19, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge